MASSACHUSETTS ACCIDENT COMPANY, Respondent, v. MORRIS FRIEDMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disburse-

ments. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.